IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:23-CR-13-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RAYMOND DAN OSORIO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for early termination of supervised release (DE 69). This court lacks jurisdiction over the instant motion because the court ordered on July 28, 2025, that "pursuant to 18 U.S.C. 3605 the jurisdiction of the . . . supervised releasee named above be transferred with the records of this court to the United States District Court for the Middle District [of] North Carolina upon that court's order of acceptance of jurisdiction." (DE 68 at 1). The court also "expressly consent[ed] that the period of . . . supervised release may be changed by [the transferee court] without further inquiry of this court." (Id.). Jurisdiction was accepted and assumed by the transferee court on August 11, 2025. (Id.).

Defendant urges this court to clarify its intent to transfer supervision only, because his "case is not assigned to a Middle District judge nor has defense counsel been appointed." (Reply (DE 72) at 1). However, where jurisdiction was in fact transferred to the Middle District of North Carolina, on August 11, 2025, the court lacks jurisdiction also to consider this further request. Nevertheless, the court commends defendant for his record of achievement while on supervision as represented in the instant motion. The court notes also that defendant has been assigned criminal

case, No. 1:25-CR-282-UA-1, in the Middle District of North Carolina, and he may file a motion, as is warranted, for early termination of supervised release in that case.

In sum, the instant motion is DISMISSED for lack of jurisdiction.

SO ORDERED, this the 15th day of January, 2026.

/s/ Louise W. Flanagan
LOUISE W. FLANAGAN
United States District Judge